IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DOUGLAS WILSON,

                Plaintiff,

      Vs.                                                No. 04-4133-SAC

JO ANNE B. BARNHART,
COMMISSIONER OF
SOCIAL SECURITY

                Defendant.

MEMORANDUM AND ORDER

        The court referred this administrative appeal to the United States Magistrate Judge for report and recommendation.  The Magistrate Judge filed a report and recommendation on June 15, 2005, clearly stating the parties' right to file written objections to the recommendation within ten days.  Ten days have passed and no written objections have been filed in accordance with 28 U.S.C. § 636(b)(1).

        The court has reviewed the thorough report and recommendation, as well as the relevant pleadings in this case.  Based upon this review and the absence of any filed objections, the court accepts the report and recommendation and

adopts it as the ruling of this court, remanding the case (sentence four remand) for further proceedings for the reasons set forth therein.

SO ORDERED.

Dated this 20th day of July, 2005, Topeka, Kansas.

s/ Sam A. Crow
Sam A. Crow, U.S. District Senior Judge